B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Michigan

In re **J.A. McFall, Inc.**  
                        Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advance Leasing & Finance**<br>720 47th Street West<br>Bradenton, FL 34209 | Advance Leasing & Finance<br>720 47th Street West<br>Bradenton, FL 34209 | | | **3,426.02** |
| **American Color**<br>PO Box 426<br>Hazel Park, MI 48030 | American Color<br>PO Box 426<br>Hazel Park, MI 48030 | | | **97,606.05** |
| **AT&T Advertising**<br>PO Box 500452<br>Saint Louis, MO 63101 | AT&T Advertising<br>PO Box 500452<br>Saint Louis, MO 63101 | | | **18,818.24** |
| **Carquest Auto Parts Stores**<br>PO Box 503589<br>Saint Louis, MO 63150-3589 | Carquest Auto Parts Stores<br>PO Box 503589<br>Saint Louis, MO 63150-3589 | | | **3,367.90** |
| **CBS Outdoor, Inc.**<br>c/o Claudio E. Iannitelli<br>111 West Monroe Street, 17th Floor<br>Phoenix, AZ 85003 | CBS Outdoor, Inc.<br>c/o Claudio E. Iannitelli<br>111 West Monroe Street, 17th Floor<br>Phoenix, AZ 85003 | | | **6,386.00** |
| **Daniel T. Goode**<br>c/o Steven W. Moulton<br>727 S. Grand Traverse Street<br>Flint, MI 48502 | Daniel T. Goode<br>c/o Steven W. Moulton<br>727 S. Grand Traverse Street<br>Flint, MI 48502 | | | **53,848.00** |
| **Drum Handlers, Inc.**<br>41216 Vincenti Ct.<br>Novi, MI 48375 | Drum Handlers, Inc.<br>41216 Vincenti Ct.<br>Novi, MI 48375 | | | **8,396.70** |
| **Fenton Auto Salvage**<br>1200 Torrey Road<br>Fenton, MI 48430 | Fenton Auto Salvage<br>1200 Torrey Road<br>Fenton, MI 48430 | | | **4,705.00** |
| **Flint Bumper Mart, Inc.**<br>PO Box 7023<br>Flint, MI 48507 | Flint Bumper Mart, Inc.<br>PO Box 7023<br>Flint, MI 48507 | | | **3,524.75** |
| **Genesee Valley Chrysler**<br>G-4140 Miller Road<br>Flint, MI 48507 | Genesee Valley Chrysler<br>G-4140 Miller Road<br>Flint, MI 48507 | | | **13,519.90** |
| **Grand Blanc Motorcars, LTD**<br>9099 N. Holly Road<br>Grand Blanc, MI 48439 | Grand Blanc Motorcars, LTD<br>9099 N. Holly Road<br>Grand Blanc, MI 48439 | | | **5,920.50** |

B4 (Official Form 4) (12/07) - Cont.

In re **J.A. McFall, Inc.**          Case No. _____

                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| J & S Auto Salvage Ince<br>4068 N. Dort Hwy<br>Flint, MI 48506 | J & S Auto Salvage Ince<br>4068 N. Dort Hwy<br>Flint, MI 48506 | | | 5,615.00 |
| Keystone Automotive Industries<br>35660 Clinton Street<br>Wayne, MI 48184 | Keystone Automotive Industries<br>35660 Clinton Street<br>Wayne, MI 48184 | | | 8,185.17 |
| Mikes Auto Parts<br>3560 N. Dort Hwy<br>Flint, MI 48506 | Mikes Auto Parts<br>3560 N. Dort Hwy<br>Flint, MI 48506 | | | 7,273.00 |
| Milosh's Palace<br>3800 S. Lapeer Road<br>Lake Orion, MI 48359 | Milosh's Palace<br>3800 S. Lapeer Road<br>Lake Orion, MI 48359 | | | 4,425.67 |
| Patsy Lou<br>5135 Corunna Road<br>Flint, MI 48532 | Patsy Lou<br>5135 Corunna Road<br>Flint, MI 48532 | | | 44,433.04 |
| Sherman Restoring Excellence<br>61166 Van Dyke Road<br>Washington, MI 48094 | Sherman Restoring Excellence<br>61166 Van Dyke Road<br>Washington, MI 48094 | | | 5,938.94 |
| Showcase Mitsubishi<br>1242 S. Euclid Ave<br>Bay City, MI 48706 | Showcase Mitsubishi<br>1242 S. Euclid Ave<br>Bay City, MI 48706 | | | 6,221.53 |
| Single Source<br>c/o Michael Parillo<br>10683 S. Saginaw Street<br>Grand Blanc, MI 48439 | Single Source<br>c/o Michael Parillo<br>10683 S. Saginaw Street<br>Grand Blanc, MI 48439 | case #GCD 08-89988-CZ | | 127,372.00 |
| Varisty Lincoln<br>PO Box 633<br>Novi, MI 48376 | Varisty Lincoln<br>PO Box 633<br>Novi, MI 48376 | | | 9,992.58 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 3, 2011**      Signature **/s/ James A. McFall**
                                                              **James A. McFall**
                                                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.